reinstated and matter remitted to Cayuga County Court for further proceedings on indictment. Same Memorandum as in *People v Blount* (231 AD2d 860 [decided herewith]). (Appeal from Order of Cayuga County Court, Corning, J.—Dismiss Indictment.) Present—Denman, P. J., Green, Callahan, Doerr and Davis, JJ. *[See,* 167 Misc 2d 260.]

■ In the Matter of LAURENCE F. ADAMCZYK, Respondent, v ERIE COUNTY BOARD OF ELECTIONS et al., Appellants. (Appeal No. 1.) [647 NYS2d 647] —Appeal unanimously dismissed without costs as moot. (Appeal from Order of Supreme Court, Erie County, Glownia, J.—Election Law.) Present—Denman, P. J., Green, Callahan, Doerr and Davis, JJ.

■ In the Matter of LAURENCE F. ADAMCZYK, Respondent, v ERIE COUNTY BOARD OF ELECTIONS et al., Appellants. (Appeal No. 2.) [647 NYS2d 647] —Appeal unanimously dismissed without costs as moot. (Appeal from Amended Order of Supreme Court, Erie County, Glownia, J.—Election Law.) Present—Denman, P. J., Green, Callahan, Doerr and Davis, JJ.)

■ JEANETTE M. NEWMAN et al., Respondents, v THOMAS J. HART, Defendant, DARYEL L. TANGEL, Respondent, and SAMUEL J. SAIA, Appellant. [648 NYS2d 409] —Order unanimously affirmed with costs. Memorandum: Supreme Court properly denied the motion of defendant Samuel J. Saia for summary judgment. There are triable issues of fact whether Saia violated sections 1163 (e) and 1201 of the Vehicle and Traffic Law or was otherwise negligent when he parked his truck (*see, Scott v Keener,* 186 AD2d 955) and whether his alleged negligence was a proximate cause of the accident (*see, Somersall v New York Tel. Co.,* 52 NY2d 157, 168; *Sullivan v Locastro,* 178 AD2d 523, 525, *lv denied* 81 NY2d 701; *Kallasy v New York Tel. Co.,* 70 AD2d 749). (Appeal from Order of Supreme Court, Erie County, Notaro, J.—Summary Judgment.) Present—Denman, P. J., Green, Callahan, Doerr and Davis, JJ.

■ In the Matter of PAMELA L. NEUBECK, Appellant, v CITY OF BUFFALO et al., Respondents. [648 NYS2d 409] —Order unanimously affirmed without costs (*see, Matter of 4M Holding Co. v Diamante,* 198 AD2d 412). (Appeal from Order of Supreme Court, Erie County, Whelan, J.—Summary Judgment.) Present—Denman, P. J., Green, Callahan, Doerr and Davis, JJ.

■ DONALD G. MCGRATH, Appellant, v JOAN C. MCGRATH, Respondent. [648 NYS2d 404] —Order unanimously reversed on the law without costs and motion denied. Memorandum: Supreme Court erred in granting defendant's motion to compel